UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD M. ANDERSON | CIVIL ACTION |
| VERSUS | NO. 07-2228 |
| THE STATE OF LOUISIANA ET AL. | SECTION "J" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the motion of defendant, the State of Louisiana, to dismiss is DENIED.

New Orleans, Louisiana, this 1st day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE