UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD M. ANDERSON | CIVIL ACTION |
| VERSUS | NO. 07-2228 |
| THE STATE OF LOUISIANA ET AL. | SECTION "J" (2) |

### **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that defendant, the State of Louisiana, is hereby **DISMISSED.**

**IT IS FURTHER ORDERED** that plaintiff's motion for a temporary restraining order and/or a preliminary injunction is **DENIED**.

New Orleans, Louisiana, this 9th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE